UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------X
JOHN MEZZALINGUA ASSOCIATES,
INC., d/b/a PPC                              :   Civil Action No. 5: 11-cv-00761
                                             :   (GLS-DEP)
      Plaintiff/Counterclaim-Defendant, :
                                             :
vs.                                          :   NOTICE OF MOTION FOR PRO
                                             :   HAC VICE ADMISSION OF
CORNING GILBERT INC.,                        :   <u>JOSEPH P. LAVELLE</u>
                                             :
      Defendant/Counterclaim-Plaintiff.
------------------------------------X

      PLEASE TAKE NOTICE THAT that the undersigned, Andrew N. Stein, hereby moves this Court for an order pursuant to Local Rule 83.1(d) admitting Joseph P. Lavelle, a member of the bar of the District of Columbia and in good standing in that jurisdiction, *pro hac vice* to argue or try the captioned matter on behalf of Defendant Corning Gilbert Inc., as a submission before the Honorable Lawrence E. Kahn, United States District Senior Judge, United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, Syracuse, New York, on October 2, 2012.

      PLEASE TAKE FURTHER NOTICE that in support hereof, the undersigned relies upon the accompanying Affidavit of Sponsor, Verified Petition for Admission, Certificate of Good Standing, and Proposed Order. Mr. Lavelle previously submitted an Attorney e-Filing Registration Form and currently has active credentials for the CM/ECF system.

October 2, 2012                              **DLA PIPER LLP (US)**
                                             **HARTER SECREST & EMERY LLP**


                                    By:   /s/ Andrew N. Stein
                                          _____
                                          Joseph P. Lavelle (*pro hac vice* pending)
                                          Andrew N. Stein (Bar Roll No. 514620)
                                          **DLA PIPER LLP (US)**
                                          500 Eighth Street, NW
                                          Washington, DC  20004
                                          Telephone: (202) 799-4000
                                          Facsimile: (202) 799-5021
                                          E-Mail: joe.lavelle@dlapiper.com
                                          E-Mail: andrew.stein@dlapiper.com

                                          Jerauld E. Brydges (Bar Roll No. 511646)
                                          David M. Lascell (Bar Roll No. 301665)
                                          **HARTER SECREST & EMERY LLP**
                                          1600 Bausch & Lomb Place
                                          Rochester, NY  14604-2711
                                          Telephone: (585) 232-6500
                                          Facsimile: (585) 232-2152
                                          E-Mail: jbrydges@hselaw.com
                                          E-Mail: dlascell@hselaw.com

                                          ***Attorneys for Defendant/Counterclaim-Plaintiff***
                                          ***Corning Gilbert, Inc.***

## CERTIFICATE OF SERVICE

I certify that on October 2, 2012, I electronically filed the foregoing

**NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF JOSEPH P. LAVELLE**

with the Clerk of the Court via the CM/ECF system and served on counsel for the parties listed in the manner indicated:

### Via CM/ECF

**John Mezzalingua Associates, Inc. d/b/a PPC**

Gabriel M. Nugent
Douglas J. Nash
Alpa V. Patel
**HISCOCK & BARCLAY LLP**
One Park Place
300 South State Street
Syracuse, NY 13202
Tel: (315) 425-2836
Facsimile: (315) 703-7361
E-Mail: gnugent@hblaw.com
E-Mail: dnash@hblaw.com
E-Mail: apatel@hblaw.com

/s/ Andrew N. Stein