UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PPC BROADBAND, INC.               Civil Action No.: 12-cv-00911
                                                   (GLS/DEP)
               Plaintiffs,

v.

CORNING GILBERT, INC.

               Defendant.

---

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(d), the undersigned attorney hereby moves the Court for an Order admitting Joel L. Dion, an attorney admitted to practice before the courts of the State of Pennsylvania, to practice pro hac vice in connection with the above-captioned case.

Joel L. Dion, is an attorney in the law office of Blank Rome LLP.  Accompanying this motion is a Petition for Admission, Attorney E-Filing Registration Form, Certificate of Good Standing from the Supreme Court of Pennsylvania, Affidavit of Sponsor, Proposed Admission Order, Oath on Admission and payment of the Clerk's fee of $100.00 for this application.

Dated: January 24, 2014

**MENTER, RUDIN & TRIVELPIECE, P.C.**
*Attorneys for Defendant Times Fiber Communications, Inc.*

By: /s/ Mitchell J. Katz
Mitchell J. Katz, Esq. (301057)
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: 315-474-7541
Fax: 315-474-7541
mkatz@menterlaw.com